**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      The State of Texas v. Dennis Edward Gallien

Appellate case number:   01-19-00882-CR

Trial court case number:  1541083

Trial court:            339th District Court of Harris County

The State has filed a "Motion to Submit Appeal that is Given 'Precedence in [this Court's] docket' by Statute." The State's motion is **granted**.

The State's appeal will be set for submission on the Court's early February docket with the formal submission notice regarding details of the submission, including the panel assignment, to follow.

It is so ORDERED.

Judge's signature: <u>Richard Hightower</u>
                    Acting individually

Date: <u>December 10, 2020</u>